AO91 (Rev. 12/03) Criminal Complaint  Felony  AUSA  United States District Court Southern District of Texas FILED

# UNITED STATES DISTRICT COURT

AUG 3 0 2018

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

UNITED STATES OF AMERICA
vs.

Wissam Ahmad BARAKAT
A088 441 674  Lebanon

CRIMINAL COMPLAINT

Case Number: B-18- MJ-785

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __August 29, 2018__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on August 29, 2018. The defendant is a citizen and national of Lebanon who was previously deported, excluded or removed from the United States on June 16, 2017. The defendant was convicted of Criminal Sale Controlled Substance on June 21, 2011. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Subject had $1,200 US dollars.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Rodriguez, Iris G.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

August 30, 2018                                        at    Brownsville, Texas
Date                                                         City/State

Ronald G. Morgan          U.S. Magistrate Judge
Name of Judge             Title of Judge              Signature of Judge